No. 86-6569. COULIAS v. CITY OF CHICAGO DEPARTMENT OF WATER. C. A. 7th Cir. Certiorari denied.

No. 86-6570. WILLIAMS v. INDIANA. Ct. App. Ind. Certiorari denied.

No. 86-6572. WORKMAN v. PERINI, SUPERINTENDENT, MARION CORRECTION INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 86-6573. VEREEN v. NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86-6577. CASTRO v. HAWAII. Int. Ct. App. Haw. Certiorari denied.

No. 86-6578. ABDULLAH v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 86-6579. HAGEMEIER ET AL. v. BLOCK ET AL. C. A. 8th Cir. Certiorari denied.

No. 86-6580. GREEN v. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE. C. A. Fed. Cir. Certiorari denied.

No. 86-6581. MOORE v. KEMP, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86-6582. WOOD v. MUNCY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 86-6583. ROMAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 86-6585. MILLER v. SOLEM, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 86-6586. WARD v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 86-6588. FAULK v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86-6592. ABDULLAH v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.